**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
michelle_betancourt@fd.org

Attorneys for Mr. Palmer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RICARDO PALMER**,<br><br>Defendant. | Case: 08CR1193-DMS **(RBB)**<br><br>Date: TBD<br>Time: TBD<br><br>**MOTION TO MODIFY BAIL CONDITIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY:

Ricardo Palmer, by and through his counsel, Michelle Betancourt, and Federal Defenders of San Diego, Inc., pursuant to 18 U.S.C. § 3142(c)(2) and (3), requests that this Court modify the condition of release to include the condition that the bond be secured by either (1) the co-signatures of two financially responsible adults in the amount of $15,000 or (2) one signature of a financially responsible adult in the amount of $25,000.

Respectfully submitted,

Dated: April 28, 2008

*/s/Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Palmer