**MICHAEL J. MESSINA (SB#92415)**
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, California 92101
Tel: (619) 232-1914
Fax: (619) 237-8898

Attorney for Defendant
Annabelle Moraira

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ANNABELLE MORAIRA,**<br><br>**Defendant.** | **Case No. 08CR1193-DMS**<br><br>**DEFENDANT ANNABELLE MORAIRA'S NOTICE OF MOTION AND MOTION TO JOIN IN JANEEN OCHOA'S MOTION FOR DISCOVERY** |

**TO: KAREN HEWITT, UNITED STATES ATTORNEY AND CAROLINE PINEDA HAN, ASSISTANT UNITED STATES ATTORNEY**

**PLEASE TAKE NOTICE** that Defendant ANNABELLE MORAIRA, by and through her attorney, MICHAEL J. MESSINA, hereby makes the following motion:

To join in the following motions filed by the co-defendant, JANEEN OCHOA:

1. Motion for Discovery;
2. Confidential Informant Disclosure, if any;
3. Attorney Voir Dire;
4. Preservation of Evidence;

5. Review of all Personnel Files;

6. Notice of Intent to Use Evidence; and

7. To Grant leave to file further Motions.

ANNABELLE MORAIRA, will base these motions on the following authority: the Fourth, Fifth, and Sixth Amendments to the U.S. Constitution; this notice of motions and motions; the support of these motions; any pleadings filed by co-counsel in support of these motions; and, any other matter that he may raise at the time of these motions.

## CONCLUSION

For the foregoing reasons, Defendant ANNABELLE MORAIRA respectfully requests that this Court grant her motions and allow her to join these motions.

Respectfully submitted,

Dated: May 12, 2008

/s/ MICHAEL J. MESSINA
MICHAEL J. MESSINA
Attorney for Defendant
ANNABELLE MORAIRA