UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Ricardo Palmer, et al
Defendant(s)

CRIMINAL NO. 08 cr 1193-DMS

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ana Vega-Juarez

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY -9 A 10: 12

DATED: 5/9/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082