UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO PALMER et al.,<br><br>Defendant. | Criminal Case No. 08CR1193-DMS<br><br>**ORDER GRANTING REQUESTS FOR CONTINUANCE OF MOTION HEARINGS AND TRIAL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint motions to continue the motion hearing, motions in limine hearing, and trial be GRANTED, and that the motion hearing be continued from June 6, 2008 at 11:00 am to June 13, 2008 at 11:00 am; the motions in limine hearing be continued from June 27, 2008 at 11:00 am to July 11, 2008 at 11:00 am; and the trial date be continued from July 7, 2008 at 9:00 am to July 14, 2008 at 9:00 am.

IT IS SO ORDERED.

DATED: June 4, 2008

HON. DANA M. SABRAW
United States District Judge