MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
ANNABELLE MORAIRA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANNABELLE MORAIRA,<br>Defendant. | Case No.: 08CR1193-DMS<br><br>NOTICE OF MOTION AND MOTIONS FOR:<br><br>(1) DISCOVERY<br>(2) AND LEAVE TO FILE FURTHER MOTIONS<br><br>Date: July 1, 2008<br>Time: 2:30 p.m. |

TO: PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that at the above designated time and place defendant, ANNABELLE MORAIRA, will move the court for an order compelling discovery and to suppress statements in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory and judicial authorities cited

/ / / / /

herein. Defense counsel will further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

Said motions are based upon the instant motion, the attached memorandum of law and on such evidence and argument as may be presented at the hearing on the motion.

The motions are made pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure 18 U.S.C. §3500 and §3501 and the Fourth, Fifth, Sixth and the Fourteenth Amendments to the United States Constitution.

Respectfully submitted,

Dated: June 18, 2008

S/ MICHAEL J. MESSINA
MICHAEL J. MESSINA
Attorney for Defendant
ANNABELLE MORAIRA