**MICHAEL J. MESSINA SB#92415**
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, California 92101
Tel: (619) 232-1914
Fax: (619) 237-8898
E-mail: wm4law@yahoo.com

Attorney for Defendant
ANNABELLE MORAIRA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 08CR1193-DMS** |
| | ) | |
| **Plaintiff,** | ) | **NOTICE OF MOTION AND MOTION TO SEVER DEFENDANT** |
| | ) | |
| **v.** | ) | |
| | ) | **Date: July 1, 2008** |
| **ANNABELLE MORAIRA,** | ) | **Time: 2:30 p.m.** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**TO: KAREN HEWITT, UNITED STATES ATTORNEY AND CAROLINE P. HAN, ASSISTANT UNITED STATES ATTORNEY, SOUTHERN DISTRICT OF CALIFORNIA**

**PLEASE TAKE NOTICE** that on July 1, 2008 at 2:30 p.m, or soon thereafter as counsel may be heard, Defendant ANNABELLE MORAIRA, through her attorney, MICHAEL J. MESSINA, will move this Honorable Court to sever her case from that of the remaining defendants in the above-entitled matter.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

This motion is based upon the attached memorandum of points and authorities, the files and records in this matter and upon such other matters as may come before the Court at the time of the hearing of this motion.

Respectfully submitted,

Dated: June 27, 2008

/S/ MICHAEL J. MESSINA

MICHAEL J. MESSINA
Attorney for Defendant
ANNABELLE MORAIRA