**MICHAEL J. MESSINA SB#92415**
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, California 92101
Tel: (619) 232-1914
Fax: (619) 237-8898
E-mail: wm4law@yahoo.com

Attorney for Defendant
ANNABELLE MORAIRA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 08CR1193-DMS** |
| **Plaintiff,** | **NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 1 AND 2 OF SUPERSEDING INDICTMENT** |
| **v.** | |
| **ANNABELLE MORAIRA,** | **Date: July 25, 2008** |
| | **Time: 11:00 a.m.** |
| **Defendant.** | **Dept: Judge Dana M. Sabraw** |

**TO: KAREN HEWITT, UNITED STATES ATTORNEY AND CAROLINE P. HAN, ASSISTANT UNITED STATES ATTORNEY, SOUTHERN DISTRICT OF CALIFORNIA**

**PLEASE TAKE NOTICE** that on July 25, 2008 at 11:30 a.m, or soon thereafter as counsel may be heard, Defendant ANNABELLE MORAIRA, will move the Court for an order dismissing Counts 1 and 2 of the superseding indictment herein.

The motion is based upon the contention that pre-accusation delay as to the subject counts has prejudiced defendant's ability to defend the action so as to deprive defendant of due process rights under the United States Constitution.

/ / / / /

The motion is based upon the instant Notice of Motion, the attached Memorandum of Law and on such evidence and argument as may be presented at the hearing on the motion.

Respectfully submitted,

Dated: July 15, 2008

/S/ MICHAEL J. MESSINA
MICHAEL J. MESSINA
Attorney for Defendant
ANNABELLE MORAIRA