UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08 CR 1193-DMS |
| vs. | ORDER |
| Ricardo Palmer | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 08074298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gustavo Jaramillo-Delgado

DATED: 7/25/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED [signature] DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J Klosterman

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95